UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESTATE OF ESTHER KLIEMAN, <u>et</u> <u>al.</u>, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 18-3013 (PLF) |
| PALESTINIAN AUTHORITY, <u>et</u> <u>al.</u>, | ) ) ) | |
| Defendants. | ) ) ) | |

ORDER

      Pursuant to this Court's Minute Order issued on July 1, 2019, the above captioned case was stayed pending the outcome of an appeal in a separate but related case, <u>Estate of Esther Klieman v. Palestinian Auth.</u>, Civil Action No. 04-1173.  On August 18, 2020, the United States Court of Appeals for the District of Columbia Circuit remanded <u>Estate of Esther Klieman v. Palestinian Auth.</u>, Civil Action No. 04-1173, to this Court for further proceedings.  <u>Estate of Esther Klieman v. Palestinian Auth.</u>, No. 15-7034 (D.C. Cir. Aug. 18, 2020).  Subsequently, on August 19, 2020, the Court issued a Minute Order requiring the parties to file a joint status report addressing how to proceed in light of this decision.  On September 9, 2020, the parties filed a joint status report in which they agreed that this case "should continue to be stayed until this

Court rules and takes further action on the Remand Order that has been entered in [the related case]." Joint Status Report [Dkt. No. 23] ¶ 4.  Accordingly, it is hereby

>ORDERED that this matter is STAYED until further order of the Court.

>SO ORDERED.

/s/_____<br>
PAUL L. FRIEDMAN<br>
United States District Judge

DATE:  December 2, 2020